*E-FILED 04-06-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | No. C09-00396 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |
| v. | |
| JASON CAI and THE ESTATE OF YING DENG, Deceased, | |
| Defendants. | |

This is an interpleader action. The initial case management conference has been continued several times for various reasons. The court is informed that defendant Jason Cai, who is representing himself, has been in custody from the outset of this proceeding and currently is awaiting trial in another matter. There were also some delays with respect to the service on and representation of the Estate of Ying Deng ("Estate"). Meanwhile, this court reminded the parties of their obligation to either consent or decline to proceed before a magistrate judge. (See Docket No. 17). And, on March 22, 2010, this court ordered defendants to file either a consent or declination by March 31, 2010. (Docket No. 27). Neither Cai nor the Estate have complied. Accordingly, IT IS ORDERED THAT this case be reassigned to a United States District Court Judge.

Dated: April 6, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | 5:09-cv-00396-HRL Notice has been electronically mailed to:

2 | Robert Reins Pohls     rpohls@califehealth.com

3 | Steve M. Defilippis     flipsmd2005@yahoo.com

4 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6 | 5:09-cv-00396-HRL Copies of this document mailed to:

7 | Jason Cai
c/o Ms. Eao Cai
8 | 1640 Hermocilla Way #237
San Jose, CA 95116

**United States District Court**
For the Northern District of California

2