UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>　　　　　　Defendants. | Case No.: 09-CV-00396-LHK<br><br>ORDER DENYING REQUEST FOR CONTINUANCE |

On September 8, 2010, Defendant Jason Cai filed a motion to continue this matter until the middle of 2011, approximately nine months from now. Mr. Cai has been in custody from the outset of this proceeding. He is currently preparing for trial in another matter and looking for counsel to represent him in this case. Defendant Estate of Ying Deng objects to Cai's request for a continuance on grounds that the case has been pending since January 2009 and Defendant Cai does not present good cause to justify further delay.

　　　　The Court is sensitive to the difficulties of litigating a case while in custody and without the assistance of counsel. Nonetheless, this matter has already been pending for over a year and eight months. The parties have not yet had a single case management conference. Motions filed by Plaintiff State Farm and Defendant Estate were initially filed in April 2010 and have already been

continued twice. The motions are currently scheduled to be heard on November 12, 2010, two months from now. Moreover, Defendant Cai has already obtained a continuance to accommodate preparations for trial. Order (1) Granting in Part Req. for Continuance; and (2) Setting Deadline for Consent or Declination to Proceed before a Magistrate Judge, ECF No. 27.

The Court does not find good cause for the requested approximately nine-month continuance; thus, the request for a continuance is DENIED.

**IT IS SO ORDERED.**

Dated: September 14, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-00396-LHK
ORDER DENYING REQUEST FOR CONTINUANCE