UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>                        Plaintiff,<br>      v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>                        Defendants. | Case No.: 09-CV-00396-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

On November 16, 2010, Defendant Jason Cai filed a Motion to Dismiss the portions of this action based on California Probate Code § 252. The Court hereby orders that briefing of the Motion to Dismiss shall proceed as follows:

   (1) Any opposition, or statement of non-opposition, shall be filed by December 17, 2010.

   (2) Defendant Cai shall file a reply addressing the arguments raised in the opposition briefs by January 14, 2010.

Unless the Court determines that a hearing is necessary, the Court will resolve the motion without oral argument pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: November 23, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-00396-LHK
ORDER SETTING BRIEFING SCHEDULE