UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br>    v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>            Defendants. | Case No.: 09-CV-00396-LHK<br><br>ORDER RE: LEGAL ASSISTANCE |

In his Motion to Dismiss filed November 16, 2010, Defendant Jason Cai requested the Court's assistance in obtaining free legal assistance in this matter. In certain cases, the Federal Pro Bono Project of the Northern District of California may attempt to secure pro bono representation for litigants who cannot afford counsel.

In order to refer Defendant Cai to the Pro Bono Project, the Court must first determine that he does not have the financial resources to retain counsel and that he has used reasonable (but unsuccessful) efforts to retain private counsel. Accordingly, if Defendant Cai wishes to be referred to the Pro Bono Project, he is directed to file with the Court a declaration describing:

(1) his financial resources, including any sources of income, and

(2) his efforts to retain private counsel.

**IT IS SO ORDERED.**

Dated: December 6, 2010

_____
LUCY H. KOH
United States District Judge

1