UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | Case No.: 09-CV-00396-LHK |
| Plaintiff, | ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT |
| v. | |
| JASON CAI and THE ESTATE OF YING DENG, Deceased, | |
| Defendants. | |

Jason Cai, a defendant, cross-claimant, and cross-defendant in this matter, has requested and is in need of counsel to assist him in this matter. Good cause appearing, it is hereby ordered that Defendant Cai shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Pro Bono Project Silicon Valley ("PBPSV") one copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. If the PBPSV notifies the Court that an attorney has been located to represent Defendant Cai, that attorney shall be appointed as counsel for Defendant Cai.

3. Upon appointment of counsel for Defendant Cai, the Court will stay the case for a period of time to be determined in consult with the parties.

//
//

1

Case No.: 09-CV-00396-LHK
ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT

Pursuant to the Pro Bono Project Guidelines, the Court has attached a copy of the Instruction Sheet for Litigants. Defendant Cai is directed to read and follow the instructions carefully.

**IT IS SO ORDERED.**

Dated: March 25, 2011

_____
LUCY H. KOH
United States District Judge