UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>                  Plaintiff,<br>   v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>                  Defendants. | Case No.: 09-CV-00396-LHK<br><br>ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE |
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                  Cross-Claimant,<br>   v.<br>JASON CAI,<br><br>                  Cross-Defendant. | |

On February 6, 2012, Cross-Defendant Cindy Press ("Cross-Defendant") moved to stay this matter pending resolution of the criminal prosecution of Defendant Jason Cai ("Defendant"). ECF No. 68. Cross-Defendant argued that the "on-going criminal prosecution… [was] an impediment to [Defendant's] meaningful participation in [this] case…." *Id.* at 4. Cross-Defendant's motion for a stay was granted. ECF No. 69.

1

Case No.: 09-CV-00396-LHK
ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE

1    Mr. Cai's criminal prosecution has since concluded and Mr. Cai has been sentenced to life
2 without parole. ECF No. 70-1 at 2. Cross-Defendant has filed a status report in which Cross-
3 Defendant requests that the stay be lifted. ECF No. 70. It is hereby ORDERED that by November
4 7, 2012, the remaining parties, Plaintiff and Defendant, shall file a response to Cross-Defendant's
5 status report stating whether they agree that the stay should be lifted. To the extent that any party
6 contends that the stay should not be lifted, it should state the basis for its position in its response.

**IT IS SO ORDERED.**

Dated: October 17, 2012

LUCY H. KOH
United States District Judge

2
Case No.: 09-CV-00396-LHK
ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE