UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br>    v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>                Defendants. | Case No.: 09-CV-00396-LHK<br><br>CORRECTED ORDER RE: CROSS-CLAIMANT'S REQUEST TO LIFT STAY |
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>              Cross-Claimant,<br>    v.<br>JASON CAI,<br><br>             Cross-Defendant. | |

On February 6, 2012, Cross-Claimant Cindy Press ("Cross-Claimant") moved to stay this matter pending resolution of the criminal prosecution of Defendant Jason Cai ("Defendant"). ECF No. 68. Cross-Claimant argued that the "on-going criminal prosecution… [was] an impediment to [Defendant's] meaningful participation in [this] case…." *Id.* at 4. Cross-Claimant's motion for a stay was granted. ECF No. 69.

1

Case No.: 09-CV-00396-LHK
CORRECTED ORDER RE: CROSS-CLAIMANT'S REQUEST TO LIFT STAY

Defendant's criminal prosecution has since concluded and Defendant has been sentenced to life without parole.  ECF No. 70-1 at 2.  Cross-Claimant has filed a status report in which Cross-Claimant requests that the stay be lifted.  ECF No. 70.  It is hereby ORDERED that by November 7, 2012, the remaining parties, Plaintiff and Defendant, shall file a response to Cross-Claimant's status report stating whether they agree that the stay should be lifted.  To the extent that any party contends that the stay should not be lifted, it should state the basis for its position in its response.

**IT IS SO ORDERED.**

Dated: October 17, 2012



LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-00396-LHK
CORRECTED ORDER RE: CROSS-CLAIMANT'S REQUEST TO LIFT STAY