UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> JASON CAI and THE ESTATE OF YING DENG, Deceased, <br><br> Defendants. <br><br> CINDY PRESS, as Special Administrator of the Estate of Ying Deng, <br><br> Cross-Claimant, <br> v. <br> JASON CAI, <br><br> Cross-Defendant. | Case No.: 09-CV-00396-LHK <br><br> ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a Joint Case Management Statement or Separate Case Management Conference Statements by June 12, 2013, seven days in advance of the parties' June 13, 2013 Case Management Conference. The parties have not yet filed a Joint Case Management Statement or Separate Case Management Conference Statements. The parties are hereby ORDERED to file their Joint or Separate Case

1

Case No.: 11-CV-04150-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT

Management Statements by noon June 17, 2013.

**IT IS SO ORDERED.**

Dated: June 13, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge