UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br>     v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>                    Defendants.<br>―――――――――――――――――――<br>CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                    Cross-Claimant,<br><br>     v.<br><br>JASON CAI,<br><br>                    Cross-Defendant. | Case No.: 09-CV-00396-LHK<br><br>ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT |

The Parties have not submitted a joint case management statement in this matter for the Case Management Conference scheduled for January 9, 2014, at 1:30 p.m. *See* Local Rule 16-10(d). Accordingly, the Court ORDERS the Parties to file a joint case management statement by no later than Tuesday, January 7, 2014, at 9 a.m.

**IT IS SO ORDERED.**

Dated: January 3, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-00396-LHK
ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT