UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>　　　　　　　　　　Cross-Claimant,<br>　　v.<br>JASON CAI,<br>　　　　　　　　　　Cross-Defendant | Case No.: 09-CV-00396-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The Parties have not submitted a joint case management statement in this matter for the Case Management Conference scheduled for May 21, 2014, at 2 p.m. *See* Local Rule 16-10(d). Accordingly, the Court ORDERS the Parties to file a joint case management statement by no later than Monday, May 19, 2014, at 8 a.m.

**IT IS SO ORDERED.**

Dated: May 15, 2014

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge