UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                Cross-Claimant,<br>   v.<br><br>JASON CAI,<br><br>                Cross-Defendant | Case No.: 09-CV-00396-LHK<br><br>CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown  
Reporter: Lee-Anne Shortridge  
Cross-Claimant's Attorney: Ryan Ramseyer  
Cross-Defendant's Attorney: Paul Bick Nguyen

      A Case Management Conference was held on May 21, 2014.

      The case schedule remains as set:

PRETRIAL CONFERENCE: July 31, 2014, at 1:30 p.m. All pretrial filings shall be made pursuant to the timeline set forth in the undersigned's standing order on jury trials, which is available on the Court's website. Cross-Defendant shall include any request regarding use of expert testimony from the criminal trial as part of his motions in limine.

JURY TRIAL: August 25, 2014, at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: May 21, 2014

                                            *Lucy H. Koh*  
                                          LUCY H. KOH  
                                          United States District Judge