UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng, <br><br> Cross-Claimant, <br> v. <br><br> JASON CAI, <br><br> Cross-Defendant | Case No.: 09-CV-00396-LHK <br><br> ORDER REGARDING FORMER TESTIMONY OF GRACE SHUM |

Ms. Pulliam, attorney for Jason Cai, filed a declaration regarding her efforts to secure a signed declaration of unavailability from Grace Shum, ECF. No. 196. By September 16, 2014, Ms. Pulliam shall file (1) a supplemental declaration detailing her attempts to contact Ms. Shum prior to September 8, 2014, and (2) Ms. Shum's testimony from Mr. Cai's criminal trial.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-0396-LHK
ORDER REGARDING FORMER TESTIMONY OF GRACE SHUM