UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>       Cross-Claimant,<br> v.<br><br>JASON CAI,<br><br>       Cross-Defendant | Case No.: 09-CV-00396-LHK<br><br>ORDER DIRECTING CALIFORNIA CORRECTIONAL CENTER TO MAKE JASON CAI AVAILABLE FOR TRIAL |

  At the September 11, 2014 pretrial conference, counsel for cross-defendant Jason Cai requested that the Court contact Norman Keaton, the Litigation Coordinator at the California Correctional Center ("CCC") in Susanville, California, to facilitate Mr. Cai's video or phone participation in his upcoming trial. The Court has contacted Mr. Keaton and has been informed that the CCC does not have the equipment necessary to conduct video teleconferencing, but does have teleconferencing capabilities.

  The Court hereby orders CCC to enable Mr. Cai to participate via teleconference in his trial. Trial will take place from 9 a.m. to 4:30 p.m., with a one hour break between noon and 1 p.m. on September 22, 2014, September 23, 2014, September 26, 2014, September 29, 2014, September 30, 2014, October 3, 2014, and October 6, 2014.

  A copy of this Order will be forwarded to CCC.

**IT IS SO ORDERED.**

Dated: September 16, 2014      *Lucy H. Koh*
                   LUCY H. KOH
                   United States District Judge

Case No.: 09-CV-0396-LHK
ORDER DIRECTING CALIFORNIA CORRECTIONAL CENTER TO MAKE JASON CAI AVAILABLE FOR TRIAL