UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                    Cross-Claimant,<br>      v.<br>JASON CAI,<br><br>                    Cross-Defendant | Case No.: 09-CV-00396-LHK<br><br>ORDER REGARDING EX PARTE COMMUNICATIONS |

On September 16, 2014, Jun Chan sent the attached emails to Courtroom Deputy Stacy Sakamoto requesting that the Court advise as to whether and how Jason Cai would be physically present for his September 22, 2014 trial. These are ex parte communications with the Court that are prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

The only email communications that the parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel. All substantive issues must be discussed in filings.

Counsel for Mr. Cai never requested that the Court order that Mr. Cai attend his trial in person, and the Court has never made such a ruling. In order for Mr. Cai to appear at his trial, he must make his own arrangements and pay for his own expenses.

**IT IS SO ORDERED.**

Dated: September 16, 2014        _____
                                 LUCY H. KOH
                                 United States District Judge

1

Case No.: 09-CV-0396-LHK
ORDER REGARDING EX PARTE COMMUNICATIONS

**From:** Jun Chan <jun.chan78@gmail.com>
**To:** LHKCRD@cand.uscourts.gov
**Cc:** julie pulliam <juliekali@yahoo.com>

**Date:** Tuesday, September 16, 2014 05:20PM
**Subject:** Re: Case:09-CV-00396-LHK

```
Hi Stacy:

I'm Julie assitance for this case. I sent you that email, because she
had no internet access where she was at.

You may discuss this with Ms. Pulliam.

office number: Phone: (831) 600-7280

On Tue, Sep 16, 2014 at 4:29 PM, <LHKCRD@cand.uscourts.gov> wrote:
> Mr. Chan:
>
> The Court has not ordered that Mr. Cai be transferred; if someone
is
> representing that to you then they are incorrect.
>
> Is there a number I can reach you at to discuss this? Also, can I
please
> have your complete name and title prior to calling you?
>
> Thank you.
>
> Regards,
> Stacy Sakamoto, Courtroom Deputy Clerk for the Honorable Lucy H.
Koh
>
> -----Jun Chan <jun.chan78@gmail.com> wrote: -----
> To: lhkcrd@cand.uscourts.gov
> From: Jun Chan <jun.chan78@gmail.com>
> Date: 09/16/2014 03:50PM
> Cc: julie pulliam <juliekali@yahoo.com>
> Subject: Case:09-CV-00396-LHK
>
>
> Per Ms. Julie Pulliam
>
>
> Stacy:
```

```
>
> Kieth Norton, who is the the legal coordinator at Suzanville
Prison,
> advise us to summit a Order for Removal/ Transportation for the
> defandant.
>
> According to Santa Clara Sheriff deputy Hogue (408-586-5630) in the
> transpotation department, he advised us that a court Order for
> Removal/ Transportation for a civil case can be submitted and the
cost
> would be $2500-$3500. In his 15 years with the deapartment, CDC
will
> not achknowlege the order and the def stay where he's at.
>
>
> We're not sure as to what or how we can get Mr. Jason Cai here for
trial.
>
> Please advise. Will the court make an Order for this? If so, whom
> will bear the cost for transportation?
```