UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                        Cross-Claimant,<br>    v.<br>JASON CAI,<br>                        Cross-Defendant. | Case No.: 09-CV-00396-LHK<br><br>ORDER REGARDING LIST OF PARTIES, ATTORNEYS, LAW FIRMS, AND POTENTIAL WITNESSES |

      For purposes of jury selection, the jurors will be handed a list of all parties, attorneys, law firms, and potential witnesses in this action. This document will also provide the trial dates and times. The Court has generated a preliminary list of these identified individuals below.

      The parties shall review the list and file statements identifying any other individuals that need to be added and any other suggestions the parties may have. The parties shall file their statements by 2 p.m. September 18, 2014.

**IT IS SO ORDERED.**

Dated: September 17, 2014

                                                  _____<br>
                                                  LUCY H. KOH<br>
                                                  United States District Judge

<div style="margin-left: 2em;">**United States District Court**
For the Northern District of California</div>

1  List of parties, attorneys, law firms, potential witnesses, and people associated with this case:

2        Edward Atlas
3        Danny Aulman
4        Randy Bynum
      Elizabeth Cai
5        Jason Cai
6        Jun Chan
      Steven Defilippis
7        Ying Deng
      Michael Wayne Doty
8        Paul Lewis Gurmina
      Michelle Huang
9        Larry Imas
10       Lau Kai-Hung
      Guy Kuyat
11       Michael Laufer
      Mia Liu
12       Judy Melinek
13       Mark Moriyamma
      Hugh Owen Murphy
14       Paul Bick Nguyen
15       Shu Hui O-Kuo
      Robert Pohls
16       Cindy Press
17       Julie Pulliam
      Ryan Ramseyer
18       Gregory Schmunk
      Kevin Schwarckopf
19       Hui Di or Juidi Shen
20       Grace Shum
      Norris James Stevenson, Jr.
21       Steven Stockman
22       Tim Weaver
      Xia Zhao

23

24 Pohls & Associates
State Farm Life Insurance Company
25 The Law Office of Julie Pulliam, Inc.
Picone & Defilippis, APLC
26

27 The trial will take place on September 22, 2014; September 23, 2014; September 26, 2014; September 29, 2014; September 30, 2014; October 3, 2014; and October 6, 2014 from 9:00 a.m. to noon, and 1:00 p.m. to 4:30 p.m.
28

Case No.: 09-CV-0396-LHK
ORDER REGARDING LIST OF PARTIES, ATTORNEYS, LAW FIRMS, AND POTENTIAL WITNESSES