**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br>　　　　　　　Plaintiff,<br>　　v.<br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br>　　　　　　　Defendants.<br><br>CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br>　　　　　　　Cross-Claimant,<br>　　v.<br>JASON CAI,<br>　　　　　　　Cross-Defendant. | Case No.: 09-CV-00396-LHK<br><br>LIST OF PARTIES, ATTORNEYS, LAW FIRMS, POTENTIAL WITNESSES, AND TRIAL DATES |

List of parties, attorneys, law firms, potential witnesses, and people associated with this case:

| | |
|---|---|
| Edward Atlas | Mark Moriyamma |
| Danny Aulman | Hugh Owen Murphy |
| Randy Bynum | Paul Bick Nguyen |
| Elizabeth Cai | Shu Hui O-Kuo |
| Jason Cai | Robert Pohls |
| Jun Chan | Cindy Press |
| Steven Defilippis | Julie Pulliam |
| Ying Deng | Ryan Ramseyer |
| Michael Wayne Doty | Gregory Schmunk |
| Paul Lewis Gurmina | Kevin Schwarckopf |
| Michelle Huang | Hui Di Shen |
| Larry Imas | Grace Shum |
| Lau Kai-Hung | Norris James Stevenson, Jr. |
| Guy Kuyat | Steven Stockman |
| Michael Laufer | Tim Weaver |
| Mia Liu | Xia Zhao |
| Judy Melinek | |

Pohls & Associates
Picone & Defilippis, APLC
State Farm Life Insurance Company
The Law Office of Julie Pulliam, Inc.

The trial will take place on September 22, 2014; September 23, 2014; September 26, 2014; September 29, 2014; September 30, 2014; October 3, 2014; and October 6, 2014 from 9:00 a.m. to noon, and 1:00 p.m. to 4:30 p.m.

Case No.: 09-CV-0396-LHK
LIST OF PARTIES, ATTORNEYS, LAW FIRMS, POTENTIAL WITNESSES, AND TRIAL DATES