UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br>     Plaintiff,<br><br> v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br>     Defendants.<br><br>CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br>     Cross-Claimant,<br> v.<br>JASON CAI,<br>     Cross-Defendant. | Case No.: 09-CV-00396-LHK<br><br>ORDER REGARDING JASON CAI'S TELEPHONIC APPEARANCE AT TRIAL |

  On September 19, 2014 the Court had a conference call with Ms. Pulliam, counsel for Cross-defendant Jason Cai; Mr. Ramseyer, counsel for Cross-claimant Cindy Press; and Ms. Christine Roloff, the Acting Assistant General Counsel of the Institutions and Parole Operations Team and Attorney III within the Legal Affairs Division of the California Department of Corrections and Rehabilitation.

  Ms. Roloff, after consultation with her client, the California Correctional Center in Susanville, CA, agreed that Mr. Cai will be made available via telephone from 9 a.m. to 11 a.m. for all seven days of trial (September 22, 23, 26, 29, 30, October 3, and 6, 2014) and that Mr. Cai will be available starting at 9 a.m. on September 30, 2014 for his own testimony until the conclusion of his testimony.

Case No.: 09-CV-0396-LHK
ORDER REGARDING JASON CAI'S TELEPHONIC APPEARANCE AT TRIAL

     Ms. Sakamoto, the Courtroom Deputy, will contact Mr. Keeton for additional details regarding the appropriate number to call during trial.

     The parties had no objections to the details of Mr. Cai's telephonic appearances and agreed that Mr. Cai shall testify on September 30, 2014 beginning at 9 a.m. The parties agreed to take witnesses out of order to accommodate Mr. Cai's telephonic availability for testimony.

**IT IS SO ORDERED.**

Dated: September 19, 2014

                                        _____
                                        LUCY H. KOH
                                        United States District Judge