UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | Case No.: 09-CV-00396-LHK |
| Plaintiff, | ORDER REGARDING FORMER TESTIMONY OF GRACE SHUM |
| v. | |
| JASON CAI and THE ESTATE OF YING DENG, Deceased, | |
| Defendants. | |
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng, | |
| Cross-Claimant, | |
| v. | |
| JASON CAI, | |
| Cross-Defendant. | |

The parties have filed their proposed redactions to the former testimony of Grace Shum. The Court adopts Cross-claimant's proposed redactions, ECF. No. 238, except Cross-claimant shall not redact lines 26–28 on page 10, and lines 9–16 on page 11.

Cross-claimant shall file a revised version consistent with this ruling by Friday, September 16, 2014.

1

**IT IS SO ORDERED.**

Dated: September 25, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California

2

Case No.: 09-CV-0396-LHK
ORDER REGARDING FORMER TESTIMONY OF GRACE SHUM