UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JASON CAI and THE ESTATE OF YING DENG, Deceased, <br><br> Defendants. | Case No.: 09-CV-00396-LHK <br><br> EXHIBIT LIST |
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng, <br><br> Cross-Claimant, <br><br> v. <br><br> JASON CAI, <br><br> Cross-Defendant. | |

**IT IS SO ORDERED.**

Dated: October 1, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

**Cross-Claimant's Exhibits**

**3.**   Interview of Defendant Jason Cai by Deputy Randy Bynum on June 26, 2003

**4.**   Interview of Defendant Jason Cai by Deputy Randy Bynum and Sergeant Imas on June 26, 2003

**5.**   Photographs of interior and exterior of house and personal property items at 7533 Kingsbury Court in Cupertino after death of Ying Deng

**6.**   Photographs of Ying Deng, after her death on June 25, 2003, and of the scene of her death at 7533 Kingsbury Court in Cupertino

**7.**   County of Santa Clara Medical Examiner-Coroner's photos of autopsy of Ying Deng

**15.**   Photographs of Blood Stains and Forensic Tests Relating Thereto at 7533 Kingsbury Court in Cupertino

**17.**   Santa Clara County Sheriff Department's Diagram of the premises at 7533 Kingsbury Court in Cupertino and Physical Evidence Sheet dated July 20, 2003

**19.**   Interview of Defendant Jason Cai by Deputy Bynum Outside 7533 Kingsbury Court in Cupertino and in the patrol car on the way to the Sheriff's Office on June 26, 2003

**22.**   Felony Complaint in People v. Cai, CC810427

**24.**   Abstract of Judgment in People v. Cai, CC801427

**29.**   Excerpt of 30 pages of autopsy photos from the County of Santa Clara Medical Examiner-Coroner's autopsy of Ying Deng

**31.**   State Farm Application for Life Insurance, dated May 20, 2003

**Joint Exhibits**

**A.**   County of Santa Clara Office of the Medical Examiner-Coroner Report of Autopsy by Dr. Gregory Schmunk

Case No.: 09-CV-0396-LHK
Exhibit List