UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br>   v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br>                Defendants.<br><br>CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                Cross-Claimant,<br>   v.<br><br>JASON CAI,<br>                Cross-Defendant. | Case No.: 09-CV-00396-LHK<br><br>PROPOSED VERDICT FORM |

The parties shall file any objections to this proposed verdict form by noon, Thursday, October 2, 2014.

**IT IS SO ORDERED**

Dated: October 1, 2014

                                _Lucy H. Koh_____
                                LUCY H. KOH
                                United States District Judge

CASE NO. 09-CV-00396-LHK
PROPOSED VERDICT FORM

We, the jury, unanimously agree to the answer to the following question and return the answer under the instructions of this Court as our verdict in this case.

      Did Jason Cai feloniously and intentionally kill Ying Deng?

      YES _____          NO _____

Have the presiding juror sign and date this form.

Signed: _____      Date: _____
       PRESIDING JUROR