UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JASON CAI and THE ESTATE OF YING ) <br> DENG, Deceased, ) <br> Defendants. ) <br> ) <br> ) <br> CINDY PRESS, as Special Administrator of the ) <br> Estate of Ying Deng, ) <br> ) <br> Cross-Claimant, ) <br> v. ) <br> ) <br> JASON CAI, ) <br> Cross-Defendant. ) <br> ) | Case No.: 09-CV-00396-LHK <br><br> VERDICT FORM |

**IT IS SO ORDERED**

Dated: October 2, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

CASE NO. 09-CV-00396-LHK
VERDICT FORM

1
2          We, the jury, unanimously agree to the answer to the following question and return the answer under the instructions of this Court as our verdict in this case.

3          Did Jason Cai feloniously and intentionally kill Ying Deng?

4
5                  YES _____          NO _____

6
7   Have the presiding juror sign and date this form.

8
9    Signed: _____          Date: _____
              PRESIDING JUROR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 09-CV-00396-LHK                                                                      1
VERDICT FORM