<strong>United States District Court</strong><br>For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br>     v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>                    Defendants. | Case No.: 09-CV-00396-LHK<br><br>ORDER REGARDING LUNCH FOR JURORS |
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>                    Cross-Claimant,<br>     v.<br>JASON CAI,<br><br>                    Cross-Defendants | |

IT IS HEREBY ORDERED that lunch shall be provided in the above-captioned matter at the expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales, 408-998-2323, 408-876-0391, 2 N. Market Street, San Jose, CA 95113) for the members of the jury during deliberations effective Friday, October 3, 2014 until such time as a verdict is rendered.

1

1  **IT IS SO ORDERED.**

2  Dated: October 2, 2014

   _____
   LUCY H. KOH
   United States District Judge