**FILED**

OCT 03 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JASON CAI and THE ESTATE OF YING DENG, Deceased, <br><br> Defendants. <br><br>―――――――――――――――――――― <br><br> CINDY PRESS, as Special Administrator of the Estate of Ying Deng, <br><br> Cross-Claimant, <br><br> v. <br><br> JASON CAI, <br><br> Cross-Defendant. | Case No.: 09-CV-00396-LHK <br><br> VERDICT FORM |

**IT IS SO ORDERED**

Dated: October 2, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

CASE NO. 09-CV-00396-LHK
VERDICT FORM

We, the jury, unanimously agree to the answer to the following question and return the answer under the instructions of this Court as our verdict in this case.

Did Jason Cai feloniously and intentionally kill Ying Deng?

YES  X          NO _____

Have the presiding juror sign and date this form.

Signed: _____           Date: 10/3/14
PRESIDING JUROR

CASE NO. 09-CV-00396-LHK
VERDICT FORM

1