1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

STATE FARM LIFE INSURANCE COMPANY, )
)
)
Plaintiff, )
v. )
)
JASON CAI and THE ESTATE OF YING )
DENG, Deceased, )
Defendants. )      Case No.: 09-CV-00396-LHK
)
)      JUDGMENT
CINDY PRESS, as Special Administrator of the )
Estate of Ying Deng, )
)
Cross-Claimant, )
v. )
)
JASON CAI, )
Cross-Defendant. )
)

    Judgment is entered against Jason Cai and in favor of Cindy Press, as Special Administrator of the Estate of Ying Deng.

    The Clerk shall close the case file.

CASE NO. 09-CV-00396-LHK
JUDGMENT

1  **IT IS SO ORDERED**

2  Dated: October 3, 2014

3  _____
   LUCY H. KOH
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 09-CV-00396-LHK
JUDGMENT