STEVE M. DEFILIPPIS, SBN 117292
RYAN A. RAMSEYER, SBN 221159
PICONE & DEFILIPPIS, A P.L.C.
625 North First Street
San Jose CA 95112
(408) 292-0441 (Ofc)
408-287-6550 (Fax)
Flipsmd2005@yahoo.com

Attorneys for Defendant & Cross Complainant
CINDY PRESS, as Special Administrator of
the Estate of Ying Deng

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STATE FARM LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>          Defendants. | Case No.:  09-CV-00396<br><br>***ORDER FOR RELEASE OF FUNDS [PROPOSED]***<br><br>Date:  September 19, 2014<br>Time:  9:00 a.m.<br>Hon. Lucy H. Koh |
|---|---|
| CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>          Cross-Claimant,<br><br>     v.<br><br>JASON CAI,<br><br>          Cross-Defendant. | |

On October 3, 2014, the jury in the above entitled matter rendered it's verdict, finding in favor of cross-complainant the Estate of Ying Deng, and against cross-defendant Jason Cai. Accordingly, pursuant to California Probate Code section 252, cross-defendant Jason Cai is to be treated as though he predeceased Ying Deng. Accordingly,

_____
Order Granting Release of Funds [~~Proposed~~]

1

IT IS HEREBY ORDERED that the proceeds of the life insurance policy at issue herein shall pass to cross-complainant, Cindy Press, as administer for the Estate of Ying Deng, to be distributed in accordance with the probate proceedings pending in the Santa Clara County Superior Court; and

IT IS FURTHER ORDERED that the Clerk of this Court, pursuant to Federal Rule of Civil Procedure 62(a), shall issue a check for the full amount of the funds interplead by State Farm Life Insurance Company to Cindy Press, as administrator of the Estate of Ying Deng, upon the expiration of 14 days from the entry of judgment, and no later than October 20, 2014.

Dated: October 14, 2014

_____
The Hon. Lucy Koh
United States District Judge

_____
Order Granting Release of Funds [Proposed]

2