UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JASON CAI and THE ESTATE OF YING DENG, Deceased,<br><br>Defendants.<br><br>CINDY PRESS, as Special Administrator of the Estate of Ying Deng,<br><br>Cross-Claimant,<br><br>v.<br><br>JASON CAI,<br><br>Cross-Defendant. | Case No.: 09-CV-00396-LHK<br><br>ORDER RE ISSUANCE OF CHECK |

On October 13, 2014, Cindy Press, as administrator of the Estate of Ying Deng, filed a proposed order directing the Clerk to issue a check for the full amount of the funds interpleaded by State Farm Life Insurance Company to Ms. Press, no later than October 20, 2014. ECF No. 268. The Court entered the proposed order on October 14, 2014. The Clerk's office cannot issue the check without certain tax identification information and has attempted to contact counsel for Ms. Press, Mr. Ramseyer, via email and voice messages.

Counsel for Ms. Press, as special administrator of the Estate of Ying Deng, shall contact the Clerk's office and provide the Clerk with the necessary information by Friday, October 17, 2014.

**IT IS SO ORDERED**

Dated: October 16, 2014

_____
LUCY H. KOH
United States District Judge